# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ, ) | CASE NO. 8:19CV572 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE TO TAKE DEPOSITION** |
| ) | |
| CITY OF OMAHA, a Municipal ) | |
| Corporation, TODD SCHMADERER, ) | |
| Chief of Police of the Omaha Police ) | |
| Department, in his official and individual ) | |
| Capacity and JEAN STOTHERT, Mayor ) | |
| of the City of Omaha, and TIM YOUNG, ) | |
| Former Human Relations Director for the ) | |
| City of Omaha, in his official and ) | |
| individual Capacity, ) | |
| ) | |
| Defendants. ) | |

TO: Defendants, and their Attorney, Michelle Peters

Each of the above-named parties are hereby notified that the undersigned will take the oral deposition of Tim Young, before a notary on Wednesday, October 20, 2021 at the hour of 9:00 a.m., at the offices of The City of Omaha in the Law Office Conference Room, 8th Floor, Suite 804, Omaha, NE 68183.

The deposition will be recorded stenographically. The taking of said deposition may be adjourned from day to day until completed.

                                                  KATHERINE BELCASTRO-GONZALEZ,
                                                  PLAINTIFF

BY:   s/Thomas M. White
         Thomas M. White, #17452
         Amy S. Jorgensen, #23215
         WHITE & JORGENSEN
         3114 St. Mary's Avenue
         Omaha, Nebraska 68105

(402) 346-5700
twhite@whitejorgensen.com
ajorgensen@whitejorgensen.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Michelle Peters, City of Omaha Law Department, 1819 Farnam Street, #804, Omaha, NE 68183

                                                s/Thomas M. White