IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF OMAHA, a Municipal ) <br> Corporation, TODD SCHMADERER, ) <br> Chief of Police of the Omaha Police ) <br> Department, in his official and individual ) <br> Capacity and JEAN STOTHERT, Mayor ) <br> of the City of Omaha, and TIM YOUNG, ) <br> Former Human Relations Director for the ) <br> City of Omaha, in his official and ) <br> individual Capacity, ) <br> ) <br> Defendants. ) | CASE NO. 8:19CV572 <br><br> **AMENDED** <br> **NOTICE TO TAKE DEPOSITION** |

TO: Defendants and their Attorney, Michelle Peters

Each of the above-named parties are hereby notified that the undersigned will take the oral deposition of Todd Schmaderer, before a notary on Tuesday, November 9, 2021 at the hour of 9:00 a.m., at the offices of the City of Omaha in the Law Office Conference Room, 8th Floor, Suite 804, Omaha, NE 68183.

The deposition will be recorded stenographically. The taking of said deposition may be adjourned from day to day until completed.

                                                        KATHERINE BELCASTRO-GONZALEZ,
                                                        PLAINTIFF

BY:   s/Thomas M. White
          Thomas M. White, #17452
          Amy S. Jorgensen, #23215
          WHITE & JORGENSEN
          3114 St. Mary's Avenue
          Omaha, Nebraska 68105
          (402) 346-5700

          ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Michelle Peters, City of Omaha Law Department, 1819 Farnam Street, #804, Omaha, NE 68183

                                                          s/Thomas M. White