# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE BELCASTRO GONZALEZ, | ) | Case No. 8:19-CV-572 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF DEPOSITION** |
| | ) | **OF GREG GONZALEZ** |
| CITY OF OMAHA, et al, | ) | |
| Defendants. | ) | |

**TAKE NOTICE** that Michelle Peters, Deputy City Attorney for the Defendants will take the deposition of Greg Gonzalez beginning at 9:00 a.m. on Wednesday, November 17, 2021, at White & Jorgensen Law Offices, 3114 St. Mary's Avenue, Omaha, NE 68105, and adjourning from day to day thereafter until testimony is completed.

The deposition testimony will be recorded and preserved by audio, audiovisual, and/or stenographic methods using a trained and experienced reporter using pen or machine shorthand verbatim reporting, or multi-track audio recording equipment supplemented by logging procedures, and the transcript of the record shall be furnished to the undersigned attorney of record by the reporter. The deposition shall be taken for the purpose of obtaining evidence for use at trial or discovery, or both.

**DATED** this 7th day of October, 2021.

1

CITY OF OMAHA et al, Defendants

BY:    */s/Michelle Peters*
MICHELLE PETERS, No. 20021
Deputy City Attorney
Attorney for the Defendants
804 Omaha/Douglas Civic Center
1819 Farnam Street
Omaha, NE 68183
Telephone: (402) 444-5115
Fax: (402) 444-5125
E-mail: michelle.peters@cityofomaha.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Notice of Deposition of Greg Gonzalez was served upon the following attorney of record, by first-class U.S. Mail, postage prepaid, on this 7th day of October, 2021.

Thomas White
White & Jorgensen
3114 St. Mary's Ave.
Omaha, NE 68105

BY:    */s/Michelle Peters*
MICHELLE PETERS