IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF OMAHA, a Municipal ) <br> Corporation, TODD SCHMADERER, ) <br> Chief of Police of the Omaha Police ) <br> Department, in his official and individual ) <br> Capacity and JEAN STOTHERT, Mayor ) <br> of the City of Omaha, and TIM YOUNG, ) <br> Former Human Relations Director for the ) <br> City of Omaha, in his official and ) <br> individual Capacity, ) <br> ) <br> Defendants. ) | CASE NO. 8:19CV572 <br><br> **AMENDED** <br> **NOTICE TO TAKE DEPOSITION** |

TO: Scott Gray and his Attorney, Michelle Peters

Each of the above-named parties are hereby notified that the undersigned will take the oral deposition of Scott Gray, before a notary on Thursday, October 28, 2021 immediately following the deposition scheduled for 9:00 a.m. that morning, at the offices of The City of Omaha in the Law Office Conference Room, 8th Floor, Suite 804, Omaha, NE 68183.

The deposition will be recorded stenographically. The taking of said deposition may be adjourned from day to day until completed.

                                                                          KATHERINE BELCASTRO-GONZALEZ,
                                                                          PLAINTIFF

BY:    s/Thomas M. White
           Thomas M. White, #17452
           Amy S. Jorgensen, #23215
           WHITE & JORGENSEN
           3114 St. Mary's Avenue
           Omaha, Nebraska  68105

(402) 346-5700
twhite@whitejorgensen.com
ajorgensen@whitejorgensen.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Michelle Peters, City of Omaha Law Department, 1819 Farnam Street, #804, Omaha, NE 68183

    s/Thomas M. White