IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO-GONZALEZ </br></br> Plaintiff(s), </br></br> v. </br></br> CITY OF OMAHA, a Municipal Corporation, TODD SCHMADERER, Chief of Police in his official capacity; JEAN STOTHERT, Mayor of the City of Omaha, in her official capacity; and TIM YOUNG, Former Human Relations Director, in his official capacity, </br></br> Defendant(s). | CASE NO. 8:19 -CV-00572 </br></br> **PLAINTIFF'S NOTICE OF SERVING FOURTH SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES** |

You are hereby notified that on the 12th day of November, 2021, Plaintiff, Katherine Belcastro Gonzalez served her Fourth Supplemental Initial Rule 26(a)(1) Disclosures upon the Defendants, through their record of counsel, Michelle Peters, by sending the same via electronic mail.

DATED this 12th day of November, 2021.

                                                KATHERINE BELCASTRO-GONZALEZ, PLAINTIFF

BY:   s/ Thomas M. White
           Thomas M. White, #17452
           Amy S. Jorgensen, #23215
           WHITE & JORGENSEN
           3114 Saint Mary's Ave
           Omaha, Nebraska 68105
           (402) 346-5700

           ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Michelle Peters, City of Omaha Law Department, 1819 Farnam Street, #804, Omaha, NE 68183

s/Thomas M. White