IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO-GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OMAHA, a Municipal Corporation; TODD SCHMADERER, Chief of Police of the Omaha Police Department, in his official and individual Capacity; JEAN STOTHERT, Mayor of the City of Omaha; and TIM YOUNG, Former Human Relations Director for the City of Omaha, in his official and individual Capacity; <br><br> Defendants. | 8:19CV572 <br><br> **ORDER OF DISMISSAL OF PARTIES** |

This matter comes before the Court on the Plaintiff's Motion to Dismiss Defendants Jean Stothert, Mayor of the City of Omaha, and Tim Young, Former Human Relations Director for the City of Omaha (Filing No. 70). Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion to Dismiss Defendants Jean Stothert and Tim Young should be granted.

IT IS THEREFORE ORDERED that Jean Stothert and Tim Young be dismissed from the above captioned matter. Defendants City of Omaha and Todd Schmaderer are to remain defendants in this action.

Dated this 17th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge