IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE BELCASTRO GONZALEZ, | ) | Case No. 8:19-cv-572 |
| | ) | |
| Plaintiff, | ) | **MOTION FOR** |
| | ) | **SUMMARY JUDGEMENT** |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, a municipal corporation, | ) | |
| And TODD SCHMADERER, Chief of Police | ) | |
| Of Omaha, in his official and individual | ) | |
| Capacities, | ) | |
| | ) | |
| Defendants, | ) | |

PURSUANT TO Federal Rule of Civil Procedure 56, the Defendants move the Court to dismiss Plaintiff's Complaint and find in favor of Defendants and against the Plaintiff. In support of this Motion, the Defendant shows the Court that there are no material issues of fact in dispute and Defendant is entitled to judgment as a matter of law. Defendant has submitted a brief and an Index of Exhibits in support of this Motion.

WHEREFORE, Defendants pray that the Plaintiff's Complaint be dismissed and that Defendants have and recover its costs expended herein.

Dated this 6th day of May, 2022.

CITY OF OMAHA, Defendant,

By  s/Michelle Peters
MICHELLE PETERS, No. 20021
Deputy City Attorney
1819 Farnam Street, Suite 804
Omaha, NE  68183
Telephone:  402/444-5115
Attorney for Defendants

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of May, 2022, I electronically filed the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which sent a copy of the foregoing to all of the attorneys of record in this case, including Tom White and Any Jorgensen, WHITE & JORGENSEN, 3114 St. Mary's Ave., Omaha, NE 68105.

                                                                                    /s/Michelle Peters