IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ, ) | CASE NO. 8:19CV572 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PLAINTIFF'S NOTICE OF SERVING** |
| ) | **SUPPLEMENTAL EXPERT DISCLOSURES** |
| ) | |
| CITY OF OMAHA, a Municipal ) | |
| Corporation, TODD SCHMADERER, ) | |
| Chief of Police of the Omaha Police ) | |
| Department, in his official and individual ) | |
| Capacity ) | |
| Defendants. ) | |

You are hereby notified that on the 6th day of June, 2022, Plaintiff, Katherine Belcastro Gonzalez, served Supplemental Expert Disclosures upon Defendants, City of Omaha, Nebraska through its counsel of record, Michelle Peters by sending the same by way of e-mail.

Dated this 6th day of June, 2022.

          KATHERINE BELCASTRO GONZALEZ,
          Plaintiff,

BY:   s/Thomas M. White
       Thomas M. White, #17452
       Amy S. Jorgensen, #23215
       WHITE & JORGENSEN
       3114 St. Mary's Avenue
       Omaha, Nebraska 68105
       (402) 346-5700

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Michelle Peters, City of Omaha Law Department, 1819 Farnam Street, #804, Omaha, NE  68183

                                        s/Thomas M. White