IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATHERINE BELCASTRO-GONZALEZ,

    Plaintiff,

vs.

CITY OF OMAHA, a Municipal Corporation; and TODD SCHMADERER, Chief of Police of the Omaha Police Department, in his official Capacity;

    Defendants.

**WITNESS LIST**

| | |
|---|---|
| Case No. | 8:19CV572 |
| Deputy: | Amy Brunswick |
| Reporter: | Brenda Fauber |
| Date: | September 6-9 and 12, 2022 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Gregory Michael Gonzalez | 9/6/22 |
| Thomas Shaffer | 9/6/22 |
| Patrick Rowland | 9/6/22 |
| Shelley Lesac | 9/7/22 |
| Stefanie Fidone | 9/7/22 |
| Staci Witkowski | 9/7/22 |
| Scott Gray | 9/7/22 |
| Timothy Young | 9/7/22 |
| Todd Schmaderer – Deposition | 9/7-8/22 |
| Katherine Belcastro-Gonzalez | 9/8/22 |
| Gregory Harr | 9/8/22 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Thomas Shaffer | 9/8/22 |
| Todd Schmaderer | 9/9/22 |