IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO-GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a Municipal Corporation; and TODD SCHMADERER, Chief of Police of the Omaha Police Department, in his official Capacity;<br><br>Defendants. | **8:19CV572**<br><br>**JUDGMENT** |

Pursuant to the jury verdict, Filing No. 127,

IT IS ORDERED AND ADJUDGED that:

Judgment is entered in favor of the Plaintiff Katherine Belcastro-Gonzalez and against defendants, City of Omaha, a Municipal Corporation and Todd Schmaderer, Chief of Police of the Omaha Police Department, in his official capacity, in the amount of $700,000.00, together with costs of this action and attorney fees in an amount to be determined, plus interest at the legal rate from and after this date.

Dated this 23rd day of September, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge