# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| KATHERINE BELCASTRO-GONZALEZ, | ) | CASE NO. 8:19cv572 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | **TO FILE BRIEF IN SUPPORT OF** |
| CITY OF OMAHA, et al., | ) | **MOTION FOR JUDGMENT AS A** |
| | ) | **MATTER OF LAW OR NEW TRIAL** |
| Defendants. | ) | |

COME NOW the Defendants, by and through their undersigned counsel of record, move the Court for additional time in which to submit a brief in support of Defendants' Motion for Judgment as a Matter of Law or New Trial.

IN SUPPORT OF THIS MOTION, the Defendants state:

1. Judgment was entered in favor of Plaintiff on September 23, 2022. [filing No. 133]

2. Defendants' filed a request for transcript on September 28, 2022, requesting preparation of the transcript within seven days in order to meet filing deadlines. [filing No. 139]

3. On or about September 29, 2022, Court reporter Brenda Fauber, notified counsel for Defendants that she would not be able to meet the requested deadline of seven days due to workload and other commitments.

4. Ms. Fauber was unable to give defense counsel a confirmed date of when the transcript would be available.

5. The undersigned has spoken to Plaintiff's counsel and counsel does not object to the extension.

- 1 -

WHEREFORE, the Defendants pray for an Order granting the Defendants an extension of time of 14 days from the date on which the transcript is filed in which to file their brief in support of Motion for Judgment as a Matter of Law/New Trial.

Respectfully submitted this 6th day of October, 2022.

            CITY OF OMAHA, et al., Defendants.

            By: s/ Michelle Peters
                MICHELLE PETERS, No. 20021
                Deputy City Attorney
                1819 Farnam Street, Suite 804
                Omaha, NE 68183
                (402) 444-5115
                Michelle.Peters@cityofomaha.org
                Attorney for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2022, the foregoing **MOTION FOR ENLARGEMENT OF TIME** was served on all parties registered with the CM/ECF system, which will send electronic notice of the foregoing to those registered with the Court, including: Thomas White and Amy Jorgensen, WHITE, JORGENSEN LAW FIRM, 3114 St. Mary's Ave., Omaha, NE 68105.

            s/ Michelle Peters
             Deputy City Attorney