# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO-GONZALEZ, | Case No. 8:19-cv-572 |
| Plaintiffs, | |
| vs. | **MOTION FOR HEARING ON MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL** |
| THE CITY OF OMAHA, a municipal corporation, and TODD SCHMADERER, Chief of Police of the Omaha Police Department, in his official and individual capacity, | |
| Defendants. | |

COME NOW the Defendants City of Omaha and Todd Schmaderer, by and through their undersigned counsel of record, and respectfully request an evidentiary hearing on the matters raised in the previous filing [Doc. #140] Defendants' Motion for Judgment as a Matter of Law or in the alternative Defendants' Motion for a New Trial. Specifically, Defendants' Motion and Brief on the matter raise serious issues of juror misconduct which require additional investigation and good cause has been shown supporting the request for hearing.

WHEREFORE, Defendants respectfully request that this Court issue an Order granting an evidentiary hearing regarding the issues raised in [Doc. #140] Defendants' Motion for Judgment as a Matter of Law or in the alternative Defendants' Motion for a New Trial

DATED this 5th day of December, 2022.

CITY OF OMAHA, *et al.*, Defendants,

/s/ Michelle Peters_____
MICHELLE PETERS, No. 20021
Deputy City Attorney
1819 Farnam Street, Suite 804
Omaha, NE 68183
Telephone: (402) 444-5115
michelle.peters@cityofomaha.org
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2022, I filed the foregoing **MOTION FOR HEARING ON MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR MOTION FOR NEW TRIAL** with the Clerk of the Court using the CM/ECF system which sent notification to such filing to the following: Tom White and Amy Jorgensen, WHITE AND JORGENSEN, 3114 St. Mary's Ave., Omaha, NE 68105.

/s/ Michelle Peters