THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATHERINE BELCASTRO-GONZALEZ, | ) | Case No. 8:19-CV-572 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO** |
| | ) | **RESTRICT ACCESS** |
| CITY OF OMAHA, et al., | ) | |
| Defendants. | ) | |

Pursuant to NECivR 5.3(c), Defendants respectfully move the Court for an Order restricting access to Defendant's Brief and Index of Exhibits in Support of Motion for Judgment as a Matter of Law or Motion for New Trial and Motion for Evidentiary Hearing.

In support of this Motion, Defendant states as follows:

1. The Court entered a Protective Order on March 31, 2021 (Doc. # 37).

2. Defendants' Brief and Index of Exhibits include confidential information as defined by the Order including juror information

3. To protect confidential information, Defendant requests the Court restrict access to Defendants Brief and Index in Support of Motion for Judgment as a Matter of Law/Motion for New Trial and Motion for Evidentiary Hearing to case participants.

For these reasons, Defendant respectfully requests the Court grant this Motion to Restrict Access and direct the Clerk of the Court to restrict access to Defendant's Motion for Judgment as a Matter of Law/Motion for New Trial and Motion for Evidentiary Hearing to case participants.

CITY OF OMAHA, et al., Defendants

By <u>/s/ Michelle Peters</u>
MICHELLE PETERS, No. 20021
Deputy City Attorney
Attorney for Defendants
1819 Farnam Street, Suite 804
Omaha, NE 68183
402.444.5115
Michelle.peters@cityofomaha.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2022, I electronically filed the foregoing **MOTION TO RESTRICT ACCESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

<u>s/Michelle Peters</u>