IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO-GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a Municipal Corporation; and TODD SCHMADERER, Chief of Police of the Omaha Police Department, in his official Capacity;<br><br>Defendants. | 8:19CV572<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED:

Judgment is hereby entered in favor of the plaintiff Katherine Belcastro-Gonzalez and against the defendants City of Omaha and Todd Schmaderer in the amount of $278,785.00 for attorney fees and $5,691.25 for expert witness fees.

Dated this 14th day of February, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge