**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

### Transmittal Sheet - Electronic Documents

To: Clerk, USCA, 8th Circuit, St. Louis, Missouri

From: Clerk, U.S. District Court, Omaha, Nebraska

Date: April 7, 2023

District Court No: 8:19-cv-00572-JFB-SMB

Appeal No: 23-1553

Style: Belcastro-Gonzalez v. City of Omaha et al

Transmitted herewith:

☐ Designated Clerk's Record

☐ Copy of Presentence Investigation Report, Sentencing Recommendations, and Statement of Reasons.

☒ **Electronic copy of** hearing transcripts:
    Jury Trial held September 6, 2022 to September 12, 2022

Sincerely,

By: s/ Lindsey Olson
Deputy Clerk

cc: All Counsel

Received by: _____

***Please note***

Electronic copy of record. Do not return this record to the U.S. District Court of Nebraska when your case is closed.

Forms-Appeal-Letter-Transmittal_to_Circuit